The next matter, number 23-2094, Louis F. Bonnet et al. v. Michael Gordon Whitaker et al. At this time, would counsel for the petitioner please introduce himself on the record to begin? Good morning, Your Honors. May it please the Court, my name is Carlos Mercado. I represent the petitioners in this case, Mr. Luis Bonnet and Mr. Carlos Benitez Maldonado. Before addressing the legal issues to be considered by this Court, I will briefly introduce to you who the petitioners are. The petitioners in this case are two pilots. They have the maximum airline license that you can have, the Airline Transport Pilot Certificate. Mr. Carlos Benitez Maldonado has 7,200 hours of flight time, and he has been a police officer with an aerial division, and he has been very active in different activities against drug trafficking and illegal entries in Puerto Rico. Subsequently, he created Benitez Aviation, a company that gives charger services on helicopters and also manages private airplanes for different people. The captain in this case, Mr. Luis Bonnet, he has 73 years old. He has been 50 years in aviation. He has also the Airline Transport Pilot. He has flown as a captain in Africa, Asia, all the United States, the three continents of America, and seven continents. I don't want to cut you off, but you should assume we've all read the brief. Okay, thank you. Okay, so he has very good experience. Mr. Bonnet has never been subject of any penalty or letter or admonishment whatsoever. Then in this particular case, you know, the FAA charges Mr. Bonnet and Mr. Benitez of doing some charger flights illegally. They were flying for Benitez Aviation Company, and they were flying under Part 91, which is a private operation, and they were supposed to be charging the passengers, and that is something that they consider illegal. But two things that we have to take into consideration. One of them is that the FAA already went in the Department of Transportation against Benitez Aviation, and they settled the case. And then in this particular case, they went against these two pilots that work for Benitez Aviation, and they didn't have the, let's say, the jurisdiction over them because they settled the case already, and they agreed to not pursue any further the case. And the thing is that all of the actual evidence. Excuse me, what do you mean they agreed not to further pursue the case? I didn't see any such agreement in the record in this case. There was a settlement agreement between the FAA. Is this it? Yes. And there's language in the settlement agreement that says that the FAA will not pursue any action against the individual pilots? Not against the individual pilots, but against Benitez Aviation, which is the employer of these pilots. And all of the factual things that came on this case had to do with Benitez Aviation because the FAA didn't prove their case. The FAA didn't bring any evidence that the pilots knew if in fact those flights were for commercial purposes or not. They didn't do any contract with the passengers. Nobody said that they paid anything to each particular pilot. They didn't do any communication. There is evidence they were paid a salary. Well, they paid a salary because Benitez Aviation pays them the same salary even though they don't fly in a month or they fly 50 flights. So you're saying there was no evidence they were paid extra for this trip? There was no evidence. But they have an interest in Benitez Aviation having flights to keep their jobs, right? There are no flights. There's no job, right? Well, they work for Benitez Aviation as pilots for Part 91 operation, which is that they are flying these private airplanes for private people who bring their guests to fly on those airplanes. There's no particular regulation that requires them to ask these passengers who they are. Benitez Aviation does all the commitments and agreements with the passengers, brings them, they fly them, and that's it. They didn't get anything but their normal salary. They didn't get anything above their normal salary. And no passenger and no witness testified as to gave them anything. Assuming that the passengers are passengers being flown for hire, what is there in the regulations that requires that the pilots be paid extra? Isn't the fact that the pilots are paid for the flights, even though it's through their normal salary, isn't that enough to constitute substantial evidence to support that aspect of the agency's finding? If I understand correctly, I think I disagree with you in the sense that they work for a company that manages airplanes for some private persons, and they get a salary. So even if the company is charging them over the normal operation cost that the regulations permit, that will be for hire, that will be commercially, the pilots didn't get anything at all. They were just flying as normal and getting their normal salary. So there was no contracting, no agreement, nothing that they obtained from that particular flights. And another thing is that they did not even talk to those people before doing the flights. So the pilots were unaware completely of the agreements between Benitez Aviation, who, as I said before, made already a settlement with the FAA regarding these flights. Wasn't Maldonado the owner of BA? Maldonado is one of the owners of Benitez Aviation, that is correct, Benitez Maldonados, that is correct. And you're saying he didn't know anything about who these passengers were? No, no, because he is just a line pilot. He has other key personnel administering the company. His wife is the general manager of the company, and that's it. He's just a line pilot. He gets a salary as a line pilot. But the wife is the one who was managing the payments for the flights, right? Yes, that is correct. And so the argument is, okay, this has all come very close, and you're saying he had no knowledge whatsoever, but couldn't a reasonable fact finder think the wife's managing this, he's the owner of the company, it's a fair inference to say he understands what's happening with his own business, of which his wife is the business manager? Well, it's his wife, but the wife does all the managing. He doesn't get involved in that. He's just a line pilot. So he gets a salary as a line pilot. He does so many flights. They do so many flights that they don't have to go into the nitty-gritty of how much are they charging and what cost, and if it is for gas, if it is for landing fees, if it is for lodging. They don't go into that. The pilots just fly the airplanes, and the lady, the manager, is the one that does that. And obviously you're bringing something which is very important here. The FAA didn't even have those elements that they were married and that they were supposed to be in communication of the daily activities of the flight. It was the judge. It was the administrative judge who was bringing those elements, and I think that it is very clear also that the judge made dozens and dozens of questions just to fill the lagoons, fill the gaps in the case-in-chief of the FAA. So I think that he abused of his discretion. And another thing is that the FAA was asking for aggravating circumstances. There was no aggravating circumstances in this case. They didn't bring any proof of that. That cannot be just a statutory element. You have to bring the proof of some aggravating circumstance, and then they should have the opportunity, the pilot should have the opportunity to confront that, to cross-examine those arguments, and it didn't happen. As a matter of fact, the aggravating circumstances were not even mentioned after the FAA arrested their case. So the judge says, well, I can take notice of the document that the FAA uses for the imposing penalties, but the thing is that it was after they arrested the case. So you can take notice of that, but you cannot take notice of something which is just a statute, because there were also mitigating circumstances, and he didn't mention them. So, again, and finally, there was no evidence at all of careless or reckless. Careless is something. Reckless is something. And they say, the FAA said, and obviously the NTSB accepted, that because they were flying for compensation or hire, that was careless or reckless. So they didn't bring any evidence of that. Isn't it reckless to fly a plane with passengers aboard in violation of the FAA's regulations? I would think that proves itself. Your Honor, first of all, you have to establish with facts and evidence in the case if it was careless or if it was reckless. None of them was established. Two different standards. And, again, those passengers were flown safely, and these pilots were, the FAA said in their testimony, they were allowed and they were correctly certified to fly those passengers and the airplanes for private operation. But let's say that $1 over the operational cost that they could request from the customers for $1, that would constitute a hazard. That would be careless or reckless because $1 over the authorized operational cost, that doesn't make sense. The airplane was safe. They were safe. The passenger was safe. They were absolutely certified to fly those airplanes. And so we should simply disregard the regulation that makes those flights unlawful. No, it's not. We just disregard it. It's not to disregard. If there's a flight that needs to be made by a certified FAR 135 operator for commercial purposes, they have to comply with all those legal requirements. But this was not a commercial flight. This was a private flight, and the pilots were flying private entities, private passengers. Can I ask one more question before you sit down? Have they already served the suspensions? Is it over? They served the suspension, and once they got their licenses, their medical certificates were put on hold. They are still under investigation. No letter, nothing. So could I just try to understand that? So they are not flying. So they got 270-day suspensions. Yes. They have completed that. Yes. And the licenses are being withheld for a totally unrelated reason to the case, or why? Now, okay, when you're a pilot, you need to do yourself like every six months a medical exam. They went for their medical exam once they received their licenses. And now when they were putting it in the computer, the medical doctor said, I cannot give you the medical certificate to be able to fly because it's put on hold by the FAA. No letter of investigation, nothing. They are not flying. I just received calls just today. And we don't know, yes or no, whether that's a consequence of this or just an unrelated problem. Well, they gave the lottery. Only the two of them, those two pilots only, happened to have that problem after this situation. And as a matter of fact, you read the brief also. This is like the seventh time that Mr. Benitez has been intervened by this FAA inspector. That is not even his inspector. That is not even a pilot. That is not even a safety inspector. He's a avionics inspector. Well, two and two is four, Your Honor. I think that this is related to the situation that they had. So they are still without flying. Thank you. Thank you, Counsel. At this time, would Counsel for the Respondent please introduce himself on the record to begin? Good morning, Your Honor. May it please the Court, Brett Weingold on behalf of the Administrator and the FAA. Can we just end where I just did so we can get this out of the way? Is this a live controversy still? No, Your Honor. The suspensions ended on August 27th, so obviously quite close in time to this hearing. Do you take the position this is moot or not? Well, Your Honor, obviously we didn't brief it given the proximity and time. But we have to satisfy ourselves as a case of controversy. Yes, we would say it's moot, Your Honor. The suspensions have been served. There's no ongoing harm to the petitioners in this case. You're saying a pilot who has a suspension in his record is treated exactly the same in all respects as a pilot who has had no suspension? Generally, yes, Your Honor. Well, generally isn't what I was asking. Understood. If that pilot were to violate FAA regulations in the future, the FAA can take into account that past suspension as part of deciding what the sanction might be. Of course, that is fairly speculative in terms of – But there is an ongoing collateral consequence of this, which is potentially higher penalties. Is that required? How does that work? Your Honor, when the FAA is crafting the sanctions that it imposes, which, of course, it does on a case-by-case basis, that is a potentially aggravating factor we might look at. Is this violation similar to a violation that someone has done before? For instance, if the petitioners were, again, to violate FAA regulations related to illegal charter operations, then, yes, in theory, the FAA could look at that and say we're going to impose a higher suspension. I would say that is speculative, and we would say that it is moot. However, of course, our brief gets into a number of other reasons why we believe the NTSB's order should be affirmed. One thing I did want to address is the operations themselves. There was some back and forth about, you know, what is going to make this a charter flight. You know, a charter flight is simply one where there is compensation or hire there's holding out. The operation is what needs to be conducted under our regulations in Part 135. So as soon as these passengers went and booked a charter flight and paid this company Benitez Aviation tens of thousands of dollars, that means the operation then needs to take place under Part 135. Now, when a pilot then goes to pilot that flight, they are piloting a flight that needs to be operated under Part 135. In this case, of course, they were themselves compensated with their salary, but it's the payment to the company that the operation has a common carrier for compensation or hire that is making this needing to be operated under Part 135. Now, I will say here that one of the things that Petitioner's Council touched on was, did the pilots know, were they aware this should have been under Part 135? You know, first of all, I would say, again, we're looking at the operations, so their knowledge is really more an issue about sanction, perhaps, a mitigating factor, one could argue. But the FAA actually has regulations that address this. Under 14 CFR 91.3, the pilot in command is the final authority as to compliance with FAA regulations. I mean, there's a very clear reason for this, of course. The pilot is the one who has to make sure that they are operating in accordance with FAA regulations, so they have this duty to figure out, well, what part am I operating under here? And so, you know, to argue, well, these pilots, they could just kind of put their head in the sand, not ask any questions, something Mr. Bonnet actually said at one point to an FAA inspector, you know, you don't ask too many questions. That's simply not permissible under our regulations. And regardless, it would not go to whether or not these flights need to be operated under Part 135. I'll note here that, Your Honors, under the First Circuit's precedent, the review of the NTSB's decision is very narrow. They're granted a great deal of deference. We do believe that the factual findings here are supported by substantial evidence. I'm certainly happy to address any questions about the underlying facts, if there are any. Did they argue to the board that they didn't know and, therefore, they could not be held responsible? Yes, Your Honor, I do believe in the hearing itself. There may have been testimony regarding not being aware of what kind of operation there was. This testimony alluded to by Petitioner's Counsel that, for instance, Petitioner Benitez, he and his wife kept these things completely separate and he had no idea that this was a Part 135 flight. But I will note that the ALJ did not find that testimony to be credible. Are there any other questions concerning the underlying facts, Your Honors? I'll move on then to the legal issues. I do not believe that there has been any demonstration that any of the NTSB's legal rulings were not in accordance with the law, are arbitrary or capricious. But I'm certainly happy to answer any questions related to the NTSB's adjudication of the case. So it's just as a matter of law, if you're applying a 135 flight, that's a reckless action without the proper licenses? That's just by definition reckless? Is there any additional evidence needed for that or is it just the fact that you did it makes it reckless? It's just the fact that you're operating contrary to an FAA operational regulation. That itself, the FAA has, of course, promulgated these regulations for a reason. We're prescribing these safety standards. And so if you are operating contrary to those standards, that is going to be, on its face, a careless or reckless operation. And, you know, this has been affirmed by the D.C. Circuit in Jackson v. NTSB and the Eighth Circuit in Go Jet Airlines LLC v. FAA. I will also note, as we mentioned in the brief, that there is also no additional sanction attributable to this careless or reckless operation. It's a residual violation. So even if petitioners were to prevail on it, it doesn't change the outcome of this case. If there are no more questions, Your Honor, I'll yield my remaining time. And we respectfully request that you deny the petition for review. Thank you. Thank you. Thank you, counsel. That concludes argument in this case.